JS-6

**CENTRAL STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HANNA M. JOSEPH,**<br><br>Plaintiff,<br><br>v.<br><br>**PAPA JOHN'S INTERNATIONAL, INC.; and PAPA JOHN'S USA, INC. d.b.a. PJ USA, INC.,**<br><br>Defendant. | **Case No.:** 2:17−cv−05697−MWF−JEM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS THE CASE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

//
//
//
//
//
//
//
//

**ORDER GRANTING JOINT STIPULATION TO DISMISS THE CASE**

Having considered the parties' Joint Stipulation to Dismiss the Case Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court GRANTS the joint stipulation and ORDERS as follows:

1. The named Plaintiff individual claims are dismissed WITH prejudice;
2. The Parties are to bear their own fees and costs with respect to the dismissal.

IT IS SO ORDERED.

DATED: January 11, 2018

_____
**Hon. Michael W. Fitzgerald**
**U.S. District Court Judge**

**ORDER GRANTING JOINT STIPULATION TO DISMISS THE CASE**